Mayfield & Associates - Attorneys at Law
Gayle Mayfield-Venieris, Esq., Bar No. 149296
mayfield@mayfield-law.com
Melissa L. Bustarde, Esq., Bar. No. 239062
bustarde@mayfield-law.com
Christopher Y. Lock, Esq., Bar. No. 246815
lock@mayfield-law.com
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066
Tel: (858) 793-8090; Fax: (858) 793-8099

Attorneys for: Material Witness JUAN GUTIERREZ-LOPEZ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>ALFREDO CABALLERO-QUINTO<br><br><br>         Defendant. | Criminal Case No. 08 cr 2200-JM<br>Mag. Docket No.   08 mj 8566<br><br>**APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR MATERIAL WITNESS JUAN GUTIERREZ-LOPEZ'S MOTION FOR VIDEO DEPOSITION AND RELEASE**<br><br>JUDGE:   Hon. Peter C. Lewis<br>CRTRM:<br><br>DATE: July 22, 2008<br>TIME: 1:30 p.m. |

JUAN GUTIERREZ-LOPEZ ("GUTIERREZ") hereby applies for an Order Shortening Time in which to hear his Motion for Video Deposition and Release. The Memorandum of Points and Authorities in support of the Motion, filed herewith, demonstrates the hearing of the Motion on shortened time is necessary; specifically, that GUTIERREZ has been incarcerated since June 20, 2008 and has no hope of obtaining a surety to post his bond.

///

///

///

///

**1 of 2**

United States v. CABALLERO, Alfredo  (08 mj 8566)(08 cr 2200-JM)
Application for Order Shortening Time to Hear Motion for Material Witnesses' Video Deposition

Mayfield & Associates
Attorneys at Law
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066

1   Dated: July 10, 2008                    Mayfield & Associates

2
                                            By: /s/ Gayle Mayfield-Venieris
3                                               Gayle Mayfield-Venieris, Esq.
                                                Attorney for Material Witness
4                                               JUAN GUTIERREZ-LOPEZ

2 of 2
United States v. CABALLERO, Alfredo  (08 mj 8566)(08 cr 2200-JM)
Application for Order Shortening Time to Hear Motion for Material Witnesses' Video Deposition

Mayfield & Associates - Attorneys at Law
Gayle Mayfield-Venieris, Esq., Bar No. 149296
mayfield@mayfield-law.com
Melissa L. Bustarde, Esq., Bar. No. 239062
bustarde@mayfield-law.com
Christopher Y. Lock, Esq., Bar. No. 246815
lock@mayfield-law.com
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066
Tel: (858) 793-8090; Fax: (858) 793-8099

Attorneys for: Material Witness Juan Manuel Gutierrez-Lopez

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 08 cr 2200-JM |
| --- | --- |
| Plaintiff, | Mag. Docket No.  08 mj 8566 |
| v. | **PROOF OF SERVICE VIA E-FILE**<br>**[Fed. R. Civ. Pro. 4, Local Rule 5]** |
| Alfredo CABALLERO-Quinto, | |
| Defendant. | |

I, Mark Barry, declare as follows:

1.  I am over eighteen years of age and not a party to the above-referenced action; my business address is 462 Stevens Avenue, Suite 303, Solana Beach, CA 92075-2066. I am employed in San Diego County, California.

2.  On July 11, 2008, I filed the aforementioned document on the Court's CM/ECF system in Case No. 08 mj 8566/08 cr 2200-JM. The following counsel were electronically served with the aforementioned document via the CM/ECF system pursuant to Local Rule 5.4(c):

- **Motion to Shorten Time**
- **Notice of Motion and Motion to take deposition by Video**
- **Points and Authorities in Support of Motion for Video Deposition**

| James P. Melendres, A.U.S.A | Barbara M. Donovan |
| --- | --- |
| Efile.dkt.gc2@usdoj.gov | donovan2donovan@hotmail.com |

1  I declare under penalty of perjury under the laws of the United States, State of California
2  that the foregoing is true and correct and that this declaration was executed on July 11, 2008.

_____
Mark Barry
Mayfield & Associates