1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,      | Criminal Case No. 08 cr 2200-JM |
|                                 | Mag. Docket No.   08 mj 8566    |
| Plaintiff,                      |                                  |
|                                 | **ORDER SHORTENING TIME TO HEAR**|
| v.                              | **MATERIAL WITNESS MARIO ULISES**|
|                                 | **OLMOS-MARTINEZ'S MOTION FOR**  |
| ALFREDO CABALLERO-OLMOS,        | **VIDEO DEPOSITION AND RELEASE** |
|                                 |                                  |
|                                 | JUDGE:  Hon. Peter C. Lewis     |
| Defendant.                      | DATE: July 22, 2008              |
|                                 | TIME: 1:30 p.m.                  |

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066

After full consideration of the Application and papers filed in support thereof, this Court hereby **GRANTS** the material witness MARIO ULISES OLMOS-MARTINEZ(**"OLMOS"**) request for an Order Shortening Time to hear his Motion for Video Deposition and Release.

The hearing for the Motion for Video Deposition and Release of the material witness OLMOS will come before this Court on July 22, 2008 at 1:30 p.m.  Appearing for the material witness his attorney Christopher Lock, Esq., James P. Melendres, Assistant United States Attorney, Barbara M. Donovan, Esq., for Defendant Alfredo Caballero-Olmos.

///

**1 of 2**

United States v. Caballero, Alfredo (08 mj 8566) / (08 cr 2200-JM)
Order Shortening Time to Hear Motion for Material Witness' Video Deposition

**IT IS SO ORDERED**.

Dated: July 16, 2008

_____
HON. PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066

**2 of 2**

United States v. Caballero, Alfredo (08 mj 8566) / (08 cr 2200-JM)
Order Shortening Time to Hear Motion for Material Witness' Video Deposition