MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALFREDO CABALLERO-OLMOS,<br><br><br><br>　　　　Defendant. | Criminal Case No. 08 Cr 2200 JM<br>Mag. Docket No. 08 mj 8333<br><br>**ORDER SHORTENING TIME TO HEAR MATERIAL WITNESS JUAN GUTIERREZ-LOPEZ'S MOTION FOR VIDEO DEPOSITION AND RELEASE**<br><br>JUDGE:  Hon. Peter C. Lewis<br><br>DATE: July 22, 2008<br>TIME:  1:30 p.m. |

19      After full consideration of the Application and papers filed in support thereof, this Court

20 hereby **GRANTS** the material witness JUAN GUTIERREZ-LOPEZ'S("GUTIERREZ")

21 request for an Order Shortening Time to hear his Motion for Video Deposition and Release.

22

23      The hearing for the Motion for Video Deposition and Release of the material witness

24 GUTIERREZ will come before this Court on July 22, 2008 at 1:30 p.m.  Appearing for the

25 material witness his attorney Christopher Lock, Esq., James P. Melendres, Assistant United

26 States Attorney, Barbara M. Donovan, Esq., for Defendant Alfredo Caballero-Olmos.

27 ///

28

　　　　**IT IS SO ORDERED.**

1 of 2

United States v. Caballero, Alfredo (08 mj 8566) / (08 cr 2200-JM)
Order Shortening Time to Hear Motion for Material Witness' Video Deposition

1
2
3
4
5   Dated: __July 17, 2008__        _____
6                                   HON. PETER C. LEWIS
7                                   UNITED STATES MAGISTRATE JUDGE
8
...
28

2 of 2

United States v. Caballero, Alfredo (08 mj 8566) / (08 cr 2200-JM)
Order Shortening Time to Hear Motion for Material Witness' Video Deposition

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066