UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>ALFREDO CABALLERO<br><br>Defendant(s) | CRIMINAL NO. 08CR 2200-JM<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,    **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

MARIO ULISES OLMOS - MARTINEZ

DATED: 7/24/8

**Leo S. Papas**

———————————————————
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____    OR
DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk

**J. JARABEK**