FILED

2008 AUG 11 PM 3:01

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>     vs.<br><br>ALFREDO CABALLERO-QUINTO,<br><br>       Defendant. | Case No.: 08 mj 8566 / 08 cr 2200-JM<br><br>**ORDER RELEASING MATERIAL WITNESSES ISELA CASTRO-HERNANDEZ, MARIO OLMOS-MARTINEZ, AND JUAN GUTIERREZ-LOPEZ** |

On application of Gayle Mayfield-Venieris, attorney for the below-named material witnesses:

**IT IS HEREBY ORDERED** that the following named persons heretofore committed to the custody of the United States Marshal as material witnesses, be released from custody to

///
///
///
///
///
///
///

U. S. v. Caballero (08 mj 8566 / 08 cr 2200-JM)
Release Order for Material Witnesses Isela Castro-Hernandez, Mario Olmos-Martinez, and Juan Gutierrez-Lopez

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066

1    Homeland Security or any other responsible governing agency and returned to their country of

2    origin, as the defendant pled guilty in the Hon. Jeffrey T. Miller's courtroom, on August 8, 2008,

3    at 11 a.m.

4

5                          **ISELA CASTRO-HERNANDEZ**

6                          **MARIO OLMOS-MARTINEZ**

7                          **JUAN GUTIERREZ-LOPEZ**

8

9    Date: 8/11/08

10

11                                          By: _____

12   Approved as to form:                   Hon. Jeffrey T. Miller
                                            UNITED STATES DISTRICT JUDGE

13

14   Karen P. Hewitt
     United States Attorney

15

16

17   _____
     Alessandra P. Serano, AUSA

18

19

20

21

22

23

24

25

26

27

28                                   **2 of 2**
                        <u>U. S. v. Caballero</u> (08 mj 8566 / 08 cr 2200-JM)
              Release Order for Material Witnesses Isela Castro-Hernandez, Mario Olmos-Martinez, and Juan
                                         Gutierrez-Lopez

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066